# Order

Michigan Supreme Court
Lansing, Michigan

April 29, 2013

Robert P. Young, Jr.,
Chief Justice

146005

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 146005
COA: 309072
Wayne CC: 07-008920-FC

JESSE STAR PRICE,
      Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the August 24, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013

_____
Clerk

p0422